

UNITED STATES DISTRICT COURT
For the Northern District of Oklahoma

**FILED**

FEB 22 2022

Mark C. McCartt, Clerk
U.S. DISTRICT COURT

| | | |
|---|---|---|
| United States of America | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No.  4:19-cv-00432-JED-JFJ |
| | ) | |
| Ryan K. Jones and Tarah F. Jones      ) | | |
| Defendant | ) | |

RESPONSE AND REQUEST TO DENY PLAINTIFF'S MOTION FOR SANCTIONS AND DEFAULT
JUDGMENTS AGAINST DEFENDANTS RYAN JONES AND TARAH JONES

COMES now the defendants, Ryan Jones and Tarah Jones, pro se, and respectfully

requests the court deny plaintiff's motion for sanctions and default judgments against

defendants Ryan Jones and Tarah Jones for the following reasons:

1. Defendants have not acted in a willful manner if defendants have failed to comply with

   Rule 26(a)(1) in response to Plaintiff's discovery requests.

2. Defendants were not aware of the court order to file initial disclosures by December

   23rd, 2022 until Monday, February 14th when defendants received the Motion for

   Default judgment.  Plaintiff sent said motion to the wrong address.  Plaintiff should have

   already had Defendants new address based on previous court filings.  Defendant has

   also now emailed Plaintiff the correct address for future correspondence as

   confirmation.

3. Defendants believe responses to plaintiff's discovery requests were properly sent on

   April 2nd, 2021.  Defendants have been unaware of any further requests.

4. Defendant Ryan Jones' responses to plaintiff's discovery requests were not "frivolous",

as plaintiff contends.  For example, Interrogatory 1 states "If you contend IRS calculations were incorrect…".  Plaintiff is asking for defendant's position on the question.  Defendant gave an honest position.  "Contend" is defined as "an assertion as a position in an argument".  Perhaps plaintiff did not like or agree with defendant's assertion, but it remains Defendant's assertion and is a valid response to the interrogatories.

5. One of the defendant Ryan Jones' Answer to the original petition is that the statute of limitations for any assessments made for the years 1999, 2000, 2001, 2002 and 2003 expired on September 10th, 2018.  Plaintiff filed the petition almost 11-months after the 10-year statute of limitations for collection expired.  (See Addendum "A").  A default judgment against defendants under the circumstances would be a grievous injustice.

6. Defendants cannot presently afford to hire an attorney on this matter.  The pandemic over the last two years has decimated Defendant Ryan Jones' business and defendant is currently working 65 – 70 hours per week to keep the business running.  Defendants are not voluntarily representing themselves.  It is out of financial necessity.

7. Plaintiff is the wealthiest, most powerful entity the world has ever known, and has at it's disposal virtually unlimited funds and resources to bring this action against its own citizens.  Furthermore, multiple representatives for Plaintiff all have law degrees and multiple years of experience necessary for navigating complex and often confusing litigation rules.  This is the definition of an unfair advantage.  If the court grants Plaintiff's motion for default judgment, it would be a grievous injustice against defendants considering the circumstances.

8. Plaintiff filed assessments against defendant Ryan Jones for the years 1999, 2000, 2001, 2002, and 2003. Plaintiff filed the assessments on September 10th, 2008. Plaintiff then had an additional 10 years to collect on the assessments involved in this litigation. Despite the unfathomable resources at Plaintiff's disposal to collect on assessments within the lawful time frame, plaintiff still missed the statute of limitations deadline by almost 11-months.  A default judgment against defendants would be infinitely more detrimental to defendants than defendants unknowingly missing a disclosure date by 6-weeks is detrimental to Plaintiffs.

9. As of the date of this motion, defendants have also not received initial disclosure from plaintiff.  For the foregoing reasons, defendants humbly request the court to deny plaintiff's Motion for Sanctions and Default Judgment, and are willing to comply with any of plaintiff's requests or required filings.

Dated February 18th, 2022

_____

Defendant Ryan Jones

Defendant Tarah Jones

Addendum A attached.

cc:  Julian Lee by email.

Ryan Jones was instructed by Court Clerk's office to send by mail and this motion was sent on February 18th, 2022 to the following:

Court Clerk of Northern District of Oklahoma
333 West Fourth St., Room 411
Tulsa, OK 74103

Department of the Treasury
Internal Revenue Service
1999 Broadway, 28th Floor
900P 30.H DEN
Denver, CO 80207-3605

**CERTIFIED MAIL**

Date   OCT   0   ....

Ryan K. Jones
4150 Stoeney Court
Colorado Springs CO 80906-1834

7006 2760 0002 2889 9211

Form Number
1040

Taxpayer Identifying Number
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

Person to Contact
Marge Hutchinson

Contact Number
303-603-4503

Employee Identification Number
64-01474

Refer Reply to
GCD 40210FL

Last day to File a Petition with the
United States Tax Court


| Tax Year Ended: | December 31, 1999 | December 31, 2000 | December 31, 2001 |
|---|---|---|---|
| Deficiency: | | | |
| Increase in tax | $41,144.00 | $15,900.00 | $151,686.00 |
| PENALTIES | | | |
| IRC Sec.665 (a)(1) | $9,257.40 | $3,577.50 | $24,179.35 |
| IRC Sec.6651(a)(2) | See * below | See * below | See * below |
| IRC Sec.6654 | $1,976.03 | $553.16 | $6,061.92 |

* The amount of the addition to tax cannot be determined at this time, but an addition to tax of 0.5 percent will be imposed for each month, or fraction thereof, of nonpayment, up to 25 percent, based on the liability shown on this report.


Dear Ryan K. Jones

## NOTICE OF DEFICIENCY

We have determined that you owe additional tax or other amounts, or both, for the tax year(s) identified above. This letter is your NOTICE OF DEFICIENCY, as required by law. The enclosed statement shows how we figured the deficiency.

If you want to contest this determination in court before making any payment, you have 90 days from the date of this letter (150 days if this letter is addressed to you outside of the United States) to file a petition with the United States Tax Court for a redetermination of the deficiency. You can get a copy of the rules for filing a petition and a petition form you can use by writing to the address below.

United States Tax Court, 400 Second Street NW, Washington, DC 20217

The Tax Court has a simplified procedure for small tax cases when the amount in dispute for each tax year is $50,000 or less. If you intend to file a petition for multiple tax years and the amount in dispute for any one or more of the tax years exceeds $50,000, this simplified procedure is not available to you. If you use this simplified procedure, you cannot appeal the Tax Court's decision. You can get information pertaining to the simplified procedure for small cases from the Tax Court by writing to the court at the above address or from the court's internet site at www.ustaxcourt.gov.

Letter 531-T (11-2007)
Catalog Number 40222X

Addendum A

Department of the Treasury
Internal Revenue Service
1999 Broadway, 28th Floor
MD: 10JDEN
Denver, CO 80202-2925

**CERTIFIED MAIL**

Date        OCT    6  2009

Ryan K. Jones
4949 Seamey Court
Colorado Springs CO 80909 4834

| | |
|---|---|
| Form Number: | 1040 |
| Taxpayer Identifying Number: | 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 |
| Person to Contact: | Marge Hutchinson |
| Telephone Number: | 303-603-4503 |
| Employee Identification Number: | 04-01474 |
| Refer Reply to: | 93D-10JDEN |
| Last Day to File a Petition With the United States Tax Court: | |

| Tax Year Ended: | December 31, 2002 | December 31, 2003 |
|---|---|---|
| Deficiency: | | |
| Increase in Tax | $19,733.00 | $21,061.00 |
| **PENALTIES** | | |
| IRC Sec. 6651(a)(1) | $1,078.55 | $4,620.25 |
| IRC Sec. 6651(a)(2) | See ** below | See ** below |
| IRC Sec. 6654 | $1,495.57 | $565.50 |

** The amount of the addition to tax cannot be determined at this time, but an addition to tax of 0.5 percent will be imposed for each month or fraction thereof, of nonpayment, up to 25 percent, based on the liability shown on this report.

Dear Ryan K. Jones:

## NOTICE OF DEFICIENCY

We have determined that you owe additional tax or other amounts, or both, for the tax years identified above. This letter is your NOTICE OF DEFICIENCY, as required by law. The enclosed statement shows how we figured the deficiency.

If you want to contest this determination in court before making any payment, you have 90 days from the date of this letter (150 days if this letter is addressed to you outside of the United States) to file a petition with the United States Tax Court for a redetermination of the deficiency. You can get a copy of the rules for filing a petition and a petition form you can use by writing to the address below.

United States Tax Court, 400 Second Street, NW, Washington, DC 20217

The Tax Court has a simplified procedure for small tax cases when the amount in dispute for each tax year is $50,000 or less. If you intend to file a petition for multiple tax years and the amount in dispute for any one or more of the tax years exceeds $50,000, this simplified procedure is not available to you. If you use this simplified procedure, you cannot appeal the Tax Court's decision. You can get information pertaining to the simplified procedure for small cases from the Tax Court by writing to the court at the above address or from the court's internet site at www.ustaxcourt.gov.

**Letter 531-T (11-2007)**
Catalog Number 40222K

**Form 4549-A**
(Rev. March 2005)

Department of the Treasury-Internal Revenue Service

# Income Tax Discrepancy Adjustments

Page ____ of ____

Name and Address of Taxpayer

Ryan K Jones
1704 East Hampden Road
Bartlesville OK 74006

| | |
|---|---|
| Taxpayer Identification Number | Return Form No |
| 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 | 1040 |
| Person with whom examination changes were discussed | Name and Title: |

| | Period End | Period End | Period End |
|---|---|---|---|
| **1. Adjustments to Income** | 12 31 2011 | 12 31 2012 | |
| a. Sch C1 - Other Income | 122,316 47 | 65,020 14 | |
| b. Se Adj Adjustment | 7,346 00 | 12,995 | |
| c. Standard Deduction | 5,800 00 | 4,760.00 | |
| d. Exemptions | 3,900 00 | 3,800 00 | |
| e. | | | |
| f. | | | |
| g. | | | |
| h. | | | |
| i. | | | |
| j. | | | |
| k. | | | |
| n. | | | |
| r. | | | |
| o. | | | |
| p. | | | |
| **2. Total Adjustments** | 125,562 47 | 73,775 14 | |
| **3. Taxable Income Per Return or as Previously Adjusted** | | | |
| **4. Corrected Taxable Income** | 125,985 00 | 73,775 00 | |
| Tax Method | Tax Table | Tax Table | |
| Filing Status | Married Separate | Married Separate | |
| **5 Tax** | 33,000 | 7,214 | |
| **6 Additional Taxes / Alternative Minimum** | | | |
| **7 Corrected Tax Liability** | 33,000 00 | 7,214 00 | |
| **8 Less Credits** a | | | |
| b | | | |
| c | | | |
| d | | | |
| **9 Balance** (Line 7 less total of Lines 8a thru 8d) | 33,000 00 | 7,214 00 | |
| **10. Plus Other Taxes** a Self Employment Tax | 16,243 14 | 9,760 | |
| b. | | | |
| c. | | | |
| **11 Total Corrected Tax Liability** (Line 9 plus Lines 10a thru 10c) | 49,243 14 | 20,661 14 | |
| **12 Total Tax Shown on Return or as Previously Adjusted** | 0.00 | 0.00 | |
| **13. Adjustments to** a | | | |
| b. | | | |
| c. | | | |
| **14. Deficiency-Increase in Tax or (Overassessment - Decrease in Tax)** (Line 11 less Line 12 adjusted by Lines 13a thru 13c) | 49,243 00 | 20,661 00 | |
| **15. Adjustments to Prepayment Credits-Increase (Decrease)** | | | |
| **16. Balance Due or (Overpayment)** (Line 14 adjusted by Line 15) (Excluding interest and penalties) | 49,243.00 | 20,661 | |

Catalog Number 23110T          www.irs.gov          Form **4549-A** (Rev. 3-2005)

Form 4549-A
(Rev. March 2005)

Department of the Treasury-Internal Revenue Service

# Income Tax Discrepancy Adjustments

| Name of Taxpayer | Taxpayer Identification Number | Page 2 of 4 |
|---|---|---|
| Mark R. Buse | XXX-XX-XXXX | Return Form No.: 1040 |

| 17. Penalties/ Code Sections | Period End | Period End | Period End |
|---|---|---|---|
| a. Failure to File - IRC 6651(a)(1) | | | |
| b. Late IRC 6651(a)(1) | | | |
| c. Estimated Tax-IRC 6654 | | | |
| d. | | | |
| e. | | | |
| f. | | | |
| g. | | | |
| h. | | | |
| i. | | | |
| j. | | | |
| k. | | | |
| l. | | | |
| m. | | | |
| n. | | | |
| o. | | | |

| H. Total Penalties | | | |
|---|---|---|---|

Underreporter attributable to negligence: 1981-1987. A tax addition of 50 percent of the interest due on the underpayment will accrue until it is paid or assessed.

Underreporter attributable to fraud: 1981-1987. A tax addition of 50 percent of the interest due on the underpayment will accrue until it is paid or assessed.

Underreporter attributable to Tax Motivated Transactions will accrue and be assessed at 120% of underpayment rate in accordance with IRC 6621(c).

| 18. Summary of Taxes, Penalties and Interest | | | |
|---|---|---|---|
| a. Balance due on Overpayment: Taxes (Line 16, page 1) | | | |
| b. Penalties (Line 18, computed to ...) | | | |
| c. Interest (IRC 6601) computed to ... | | | |
| d. TMT Interest computed to ... | | | |
| e. Amount due or refund - (sum of Lines a, b, c and d | | | |

Other information:

| Examiner's Signature: | Employee ID | Office: | Date |
|---|---|---|---|
| Ronald E. Burkett | 80-09901 | Denver, CO | 03-10-2006 |

Name
Ronald E. Burkett

The Internal Revenue Service has agreements with state tax agencies under which information about federal tax, including increases or decreases, is exchanged with the states. If this change affects the amount of your state income tax, you should amend your state return by filing the necessary forms.

You may be subject to backup withholding if you underreport your interest, dividend, or patronage dividend income you earned and do not pay the required tax. The IRS may order backup withholding (withholding of a percentage of your dividend and/or interest payments) if the tax remains unpaid after it has been assessed and four notices have been issued to you over a 120-day period.

Catalog Number 23110T          www.irs.gov          Form 4549-A (Rev. 3-2005)

| Form **4549-A**<br>(Rev. March 2005) | Department of the Treasury-Internal Revenue Service<br>**Income Tax Discrepancy Adjustments** | | | Page 1 of 4 |
|---|---|---|---|---|

| Name and Address of Taxpayer | Taxpayer Identification Number | | Return Form No.: |
|---|---|---|---|
| Evan K Jones<br>1732 East Hampdan Road<br>Bartlesville OK 74006 | 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 | | 1040 |
| | Person with whom examination changes were discussed | Name and Title: | |

| 1. Adjustments to Income | Period End | Period End | Period End |
|---|---|---|---|
| a. Sch C1 - C Net Income | 158 342.81 | 3 271.74 | 288 524.9 |
| b. SE Adj | 8,049.00 | 4,74.00 | 10 147 |
| c. Standard Deduction | 3.9 | 3,675.00 | |
| d. Exemptions | 3.9 | 3 800 00 | |
| e. | | | |
| f. | | | |
| g. | | | |
| h. | | | |
| i. | | | |
| j. | | | |
| k. | | | |
| l. | | | |
| m. | | | |
| n. | | | |
| o. | | | |
| p. | | | |
| 2. Total Adjustments | | 41 229.00 | 470 494.86 |
| 3. Taxable Income Per Return or as Previously Adjusted | | 0.00 | |
| 4. Corrected Taxable Income | 128 000.00 | 271.00 | 471 494.00 |
|    Tax Method | Tax Rate | Tax Rate | Tax Rate |
|    Filing Status | Married Separate | Married Separate | Married Separate |
| 5. Tax | 29.00 | | 14 667.00 |
| 6. Additional Taxes / Alternative Minimum | | | |
| 7. Corrected Tax Liability | 29,147.00 | 4 608.00 | 14 667.00 |
| 8. Less a. Earned Reduction Credit | | | 300 |
|   Credits b. | | | |
|    c. | | | |
|    d. | | | |
| 9. Balance (Line 7 less total of Lines 8a thru 8d) | 29,147.00 | 4 608.00 | 14367.00 |
| 10. Plus a. Self Employment Tax | 12.09 | 7,233.00 | 20 319.00 |
|   Other b. | | | |
|   Taxes c. | | | |
| 11. Total Corrected Tax Liability (Line 9 plus Lines 10a thru 10c) | 41 144.00 | 11,911.00 | 34 847.00 |
| 12. Total Tax Shown on Return or as Previously Adjusted | | 0.00 | |
| 13. Adjustments to: a. | | | |
|    b. | | | |
|    c. | | | |
| 14. Deficiency-Increase in Tax or (Overassessment - Decrease in Tax)<br>(Line 11 less Line 12 adjusted by Lines 13a thru 13c) | 41 144.00 | 11,900.00 | 34 686.00 |
| 15. Adjustments to Prepayment Credits-Increase (Decrease) | | | |
| 16. Balance Due or (Overpayment) - (Line 14 adjusted by Line 15)<br>(excluding interest and penalties) | 41 144.00 | 11,900.00 | 434 686.00 |

| Catalog Number 23110T | www.irs.gov | Form 4549-A (Rev. 3-2005) |
|---|---|---|

| Form **4549-A** (Rev. March 2005) | Department of the Treasury-Internal Revenue Service **Income Tax Discrepancy Adjustments** | | Page ___ of ___ 4 |
|---|---|---|---|

| Name of Taxpayer | Taxpayer Identification Number 4 5 R - 2 4 - 0 3 9 3 | Return Form No. 1040 |
|---|---|---|

| **17. Penalties/ Code Sections** | Period End | Period End | Period End |
|---|---|---|---|
| a. Delq'd IRC 6651 a 1 | 20 210 39 | 1,795 30 | |
| b. Dela IRC 6651 a 1 | | 4 749 40 | |
| c. Estimated Tax IRC 6654 | 1,940 21 | 391 79 | |
| d. | | | |
| e. | | | |
| f. | | | |
| g. | | | |
| h. | | | |
| i. | | | |
| j. | | | |
| k. | | | |
| l. | | | |
| m. | | | |
| n. | | | |
| **18. Total Penalties** | 22 094 00 | 6 936 49 | |
| Underreporter attributable to negligence (1981-1987) A tax addition of 50 percent of the interest due on the underpayment will accrue until it is paid or assessed. | | | |
| Underreporter attributable to fraud (1981-1987) A tax addition of 50 percent of the interest due on the underpayment will accrue until is paid or assessed. | | | |
| Underreporter attributable to Tax Motivated Transactions (TMT) Interest will accrue and be assessed at 120% of underpayment rate in accordance with IRC 6621(c) | | 0.00 | |
| **19. Summary of Taxes, Penalties and Interest:** | | | |
| a. Balance due or (Overpayment) Taxes - (Line 16, Page 1) | 44 041 00 | 11,864.00 | |
| b. Penalties (Line 18) - computed to 09 10 2008 | 26,094.00 | 11,245 95 | |
| c. Interest (IRC § 6601) - computed to 10 10 2008 | 25 381 27 | 59 40 | |
| d. TMT Interest - computed to 09 10 2008 (on TMT underpayment) | 0.00 | | |
| e. Amount due or refund - (sum of Lines a, b, c and d) | 103 660 27 | 23 414 84 | |

**Other Information:**

| Examiner's Signature Name *Ronald E Burchett* Ronald E. Burchett | Employee ID 64 09904 | Office Denver, CO | Date 09/10/2008 |
|---|---|---|---|

The Internal Revenue Service has agreements with state tax agencies under which information about federal tax, including increases or decreases is exchanged with the states. If this change affects the amount of your state income tax, you should amend your state return by filing the necessary forms.

You may be subject to backup withholding if you underreport your interest, dividend, or patronage dividend income you earned and do not pay the required tax. The IRS may order backup withholding (withholding of a percentage of your dividend and/or interest payments) if the tax remains unpaid after it has been assessed and four notices have been issued to you over a 120-day period.

Catalog Number 23110T          www.irs.gov          Form **4549-A** (Rev 3-2005)

Please File.

I don't Need a copy.

Thanks
Ryan Jones
918-853-3700



U.S. POSTAGE PAID
BARTLESVILLE, OK
FEB 19
AMOUNT
$1.56
R2305S100366-05
74103
1081

POSTMARK 2-19-22 BB
19cv432-3DD-3FJ

Ryan Jones
P.O. Box 171
Bartlesville, OK 74003

Court Clerk of Northern
District of Oklahoma
333 W. Fourth St.
Room 411
Tulsa, OK 74103

RECEIVED

FEB 22 2022

Mark C. McCartt, Clerk
U.S. DISTRICT COURT