# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

September 11, 2024

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Tenth
Circuit
Byron White Courthouse
1823 Stout Street
Denver, CO  80257

> Re:  Ryan K. Jones, et ux.
>      v. United States
>      No. 24-278
>      (Your No. 23-5112)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on September 9, 2024 and placed on the docket September 11, 2024 as No. 24-278.

Sincerely,

**Scott S. Harris**, Clerk

by

Lisa Nesbitt
Case Analyst

**Darian White**

| | |
|---|---|
| **From:** | ca10_cmecf_notify@ca10.uscourts.gov |
| **Sent:** | Thursday, September 12, 2024 1:56 PM |
| **To:** | CM-ECF Intake OKND |
| **Subject:** | 23-5112 United States v. Jones, et al "Notice of cert. filed" (4:19-CV-00432-TDD-JFJ) |

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.**

**Tenth Circuit Court of Appeals**

**Notice of Docket Activity**

The following transaction was entered on 09/12/2024 at 12:55:04 PM Mountain Daylight Time and filed on 09/12/2024

| | |
|---|---|
| **Case Name:** | United States v. Jones, et al |
| **Case Number:** | 23-5112 |
| **Document(s):** | Document(s) |

**Docket Text:**
[11120345] Petition for writ of certiorari filed by Ryan K. Jones and Tarah F. Jones on 09/09/2024. Supreme Court Number 24-278. [23-5112]

**Notice will be electronically mailed to:**

Ms. Pooja Boisture: appellate.taxcivil@usdoj.gov, pooja.a.boisture@usdoj.gov
Mr. Michael J. Haungs: appellate.taxcivil@usdoj.gov, Michael.J.Haungs@usdoj.gov
Mr. Clifford N. Ribner: cribner@mac.com

The following document(s) are associated with this transaction:
**Document Description:** Cert notice
**Original Filename:** 23-5112 Cert notice filed.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1104938855 [Date=09/12/2024] [FileNumber=11120345-0]
[d7ba179acd56afd4658e5d036ea9e7bc746cf39c4f2a1eee495d604d988ad85f0d272cc2c7d18514295fd
b35bafefb96709c670829a27f4b3338074132788f8b]]